**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6965**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

AUSTIN KYLE LEE, a/k/a Justin,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Louise W. Flanagan, District Judge.  (7:18-cr-00153-FL-1)

_____

Submitted:  May 23, 2023                                    Decided:  May 25, 2023

_____

Before AGEE, WYNN, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Austin Kyle Lee, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Austin Kyle Lee appeals the district court's order denying his Fed. R. Crim. P. 36 motion to correct a clerical error in his presentence report. We have reviewed the record and find no reversible error. *See United States v. Vanderhorst*, 927 F.3d 824, 826-27 (4th Cir. 2019) (providing standard). Accordingly, we affirm the district court's order. *United States v. Lee*, No. 7:18-cr-00153-FL-1 (E.D.N.C. Aug. 11, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2